USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>HANGZHOU TAOHAOWU TECHNOLOGY CO., LTD., HONG KONG ALLCHINABUY CO., LIMITED AND UK ALLCHINABUY CO., LIMITED,<br><br>*Defendants* | **CIVIL CASE NO.<br>24-cv-8836 (VM)**<br><br>**ORDER ADJOURNING THE SHOW CAUSE HEARING AND EXTENDING THE TEMPORARY RESTRAINING ORDER** |

On November 6, 2024, the Court issued a temporary restraining order ("TRO") and ordered Defendants to show cause why a preliminary injunction should not issue on November 15, 2024 at 10:00 a.m. ("Show Cause Hearing"). By letter dated November 8, 2024, Plaintiff requested to modify the briefing schedule, including the date of the Show Cause Hearing and to extend the TRO.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) Defendants' deadline to file opposing papers, if any, is extended from November 11, 2024 to November 25, 2024;

2) Plaintiff's deadline to file reply papers, if any, is extended from November 13, 2024 to November 27, 2024;

3) The Show Cause Hearing is adjourned to from November 15, 2024 at 10:00 a.m. to December 6, 2024 at 4:00 p.m. (the parties are directed to conference call the Court jointly on one line at (212) 805-6374); and

4) The TRO is extended through December 6, 2024, the new date of the Show Cause Hearing for good cause shown.

**SO ORDERED.**

SIGNED this 8th day of November, 2024, at 4:45 p.m.

_____
Victor Marrero
U.S.D.J.

1