Bruce R. Ewing
Kaleb McNeely
John P. Mixon
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200

*Attorneys for Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited, and UK AllChinaBuy Co., Limited*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- X

| | |
|---|---|
| RVRG HOLDINGS LLC, | 24-CV-08336 (VM) |
| Plaintiff, | **ANSWER** |
| -v- | **JURY TRIAL DEMANDED** |
| HANGZHOU TAOHAOWU TECHNOLOGY CO., LTD., HONG KONG ALLCHINABUY CO., LIMITED, and UK ALLCHINABUY CO., LIMITED, | |
| Defendants. | |

------------------------------------------------------------------------------- X

Defendants Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited and UK AllChinaBuy Co., Limited (collectively, "Defendants"), by and through their attorneys, hereby answer the Complaint (the "Complaint") of Plaintiff RVRG Holdings LLC ("Plaintiff"), Dkt. 8, as follows:

1. In response to the allegations set forth in paragraph 1 of the Complaint, Defendants admit that this paragraph purports to summarize the claims pleaded against

Defendants in the Complaint, deny liability on such claims, and deny that Plaintiff are entitled to any relief in this proceeding.

2. Defendants admit the allegations set forth in paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 3 of the Complaint. Notwithstanding such denial, Defendants do not contest the exercise of personal jurisdiction over them by this Court in this proceeding.

    a.    Defendants deny the allegations set forth in paragraph 3(a) of the Complaint.

    b.    Defendants deny the allegations set forth in paragraph 3(b) of the Complaint.

    c.    In response to the allegations set forth in paragraph 3(c) of the Complaint, Defendants admit that users of its platform can pay for goods in U.S. dollars, and that users of its platform can arrange for goods they purchase from third-party sellers on third-party platforms to be shipped to the United States and the State of New York. Defendants deny the remaining allegations set forth in paragraph 3(c) of the Complaint.

    d.    Defendants deny the allegations set forth in paragraph 3(d) of the Complaint.

    e.    Defendants deny the remaining allegations set forth in paragraph 3(e) of the Complaint.

4. Paragraph 4 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 4 of the Complaint, but admit that venue of this action before this Court is proper.

5. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6. Defendants admit the allegations set forth in paragraph 6 of the Complaint.

7. Defendants admit the allegations set forth in paragraph 7 of the Complaint.

8. Defendants admit the allegations set forth in paragraph 8 of the Complaint.

9. Defendants admit the allegations set forth in paragraph 9 of the Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Complaint.

11. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the Complaint.

13. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

14. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Complaint.

15. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of the Complaint.

17. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 of the Complaint.

18. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 of the Complaint.

19. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19 of the Complaint.

20. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 of the Complaint.

21. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21 of the Complaint.

22. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22 of the Complaint.

23. Defendants admit that AllChinaBuy is an online platform that aids consumers wishing to purchase goods on popular Chinese ecommerce platforms such as 1688, Taobao, and Tmall that are directed towards businesses and consumers in China but do not ship products directly to the U.S. Defendants further admit that AllChinaBuy provides U.S. consumers with Chinese-to-English translations of third-party merchants' storefronts on 1688, Taobao, and Tmall to enable consumers outside of China to shop on these platforms. Defendants further admit that consumers outside of China without access to third-party merchants' storefronts on 1688, Taobao, and Tmall can search for and identify items they wish to purchase and submit orders for such items through AllChinaBuy. Defendants deny the remaining allegations set forth in paragraph 23 of the Complaint.[1]

---

[1] To the extent Defendants, when admitting to an allegation in whole or in part, do not specifically use a defined term as such term is defined in the Complaint, Defendants deny the definition of such term.

24. In response to the allegations set forth in paragraph 26, Defendants admit that the AllChinaBuy website states "AllChinaBuy is committed to offering ingenious services to all our users around the world!" Defendants deny the remaining allegations set forth in this paragraph of the Complaint.

25. In response to the allegations set forth in paragraph 25 of the Complaint, Defendants admit that they do not manufacture their own products and deny the remaining allegations set forth in paragraph 25 of the Complaint.

26. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27. Defendants admit the allegations set forth in paragraph 27 of the Complaint.

28. Defendants deny the allegations set forth in paragraph 28 of the Complaint.

29. Defendants admit that, through AllChinaBuy's affiliate marketing program, social media influencers share unique links to their followers and that social media influencers may receive commissions exclusively from international shipping fees if their followers place orders using those links. Defendants deny the remaining allegations set forth in paragraph 29 of the Complaint.

30. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30 of the Complaint.

31. In response to the allegations set forth in paragraph 31 of the Complaint, Defendants admit that, through AllChinaBuy's affiliate marketing program, social media influencers share unique links to their followers. Defendants otherwise deny the remaining allegations set forth in paragraph 31 of the Complaint.

32. Defendants deny the allegations set forth in paragraph 32 of the Complaint.

33. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 of the Complaint.

34. In response to the allegations set forth in paragraph 34 of the Complaint, Defendants deny that they advertise, list, promote, purchase, validate, review, warehouse, package, and ship Counterfeit Products to U.S. consumers, including those located in the state of New York.  Defendants further deny that they promote the purchase of Counterfeit Products listed on Merchant Storefronts, personally purchase Counterfeit Products and organize, ship and complete the sale of Counterfeit Products to Rhude customers.  Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34 of the Complaint.

35. Defendants admit the allegations set forth in paragraph 35 of the Complaint.

36. Defendants deny the allegations set forth in paragraph 36 of the Complaint.

37. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 of the Complaint.

38. In response to the allegations set forth in paragraph 38 of the Complaint, Defendants admit that third-party merchants' product listings on 1688, Taobao, and Tmall can be translated and viewed, and that consumers can purchase listed goods in U.S. dollars, through its website.  Defendants deny that they list for purchase and/or encourages the sale of Counterfeit Products through consolidating, listing and promoting 1688, Taobao, and Tmall Merchant Storefronts themselves or through their Affiliate Program, and that they provide shipping and/or have actually shipped Counterfeit Products to the U.S., including to consumers located in New York. Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 of the Complaint.

39. Paragraph 39 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of the Complaint.

40. Paragraph 40 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 of the Complaint.

41. Paragraph 41 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41 of the Complaint.

42. Defendants admit that the Reddit account "r/AllChinaBuy" depicted in the screenshot in paragraph 42 of the Complaint belongs to AllChinaBuy. Defendants deny that the Reddit thread and Excel spreadsheet depicted in the screenshots in paragraph 42 of the Complaint originated with or are the responsibility of Defendants. Rather, those materials were posted by third parties who Defendants do not control.

43. In response to the allegations set forth in paragraph 43 of the Complaint, Defendants admit that through the AllChinaBuy website and phone applications they provide users the ability to perform both keyword and image searches for products listed on third-party merchants' websites offering for sale and selling products. Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 43 of the Complaint.

44. In response to the allegations set forth in paragraph 44 of the Complaint, Defendants reiterate their responses to all of the foregoing paragraphs as though fully set forth herein.

45. Paragraph 45 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 45 of the Complaint.

46. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46 of the Complaint.

47. Defendants deny the allegations set forth in paragraph 47 of the Complaint.

48. Defendants deny the allegations set forth in paragraph 48 of the Complaint.

49. Defendants deny the allegations set forth in paragraph 49 of the Complaint.

50. Defendants deny the allegations set forth in paragraph 50 of the Complaint.

51. Paragraph 51 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph 51 of the Complaint.

52. Defendants deny the allegations set forth in paragraph 52 of the Complaint.

53. Paragraph 53 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph 53 of the Complaint.

54. In response to the allegations set forth in paragraph 54 of the Complaint, Defendants reiterate their responses to all of the foregoing paragraphs as though fully set forth herein.

55. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55 of the Complaint.

56. Paragraph 56 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 56 of the Complaint.

57. Defendants deny the allegations set forth in paragraph 57 of the Complaint.

58. Defendants deny the allegations set forth in paragraph 58 of the Complaint.

59. Defendants deny the allegations set forth in paragraph 59 of the Complaint.

60. Defendants deny the allegations set forth in paragraph 60 of the Complaint.

61. Defendants deny the allegations set forth in paragraph 61 of the Complaint.

62. Defendants deny the allegations set forth in paragraph 62 of the Complaint.

63. Defendants deny the allegations set forth in paragraph 63 of the Complaint.

64. Paragraph 64 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations set forth in paragraph 64 of the Complaint.

65. Defendants deny the allegations set forth in paragraph 65 of the Complaint.

66. Paragraph 66 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations set forth in paragraph 66 of the Complaint.

67. In response to the allegations set forth in paragraph 67 of the Complaint, Defendants reiterate their responses to all of the foregoing paragraphs as though fully set forth herein.

68. Paragraph 68 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 of the Complaint.

69. Paragraph 69 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph 69 of the Complaint.

70. Defendants deny the allegations set forth in paragraph 70 of the Complaint.

71. Defendants deny the allegations set forth in paragraph 71 of the Complaint.

72. Defendants deny the allegations set forth in paragraph 72 of the Complaint.

73. Defendants deny the allegations set forth in paragraph 73 of the Complaint.

74. Defendants deny the allegations set forth in paragraph 74 of the Complaint.

75. Paragraph 75 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph 75 of the Complaint.

76. In response to the allegations set forth in paragraph 76 of the Complaint, Defendants reiterate their responses to all of the foregoing paragraphs as though fully set forth herein.

77. Defendants deny the allegations set forth in paragraph 77 of the Complaint.

78. Defendants deny the allegations set forth in paragraph 78 of the Complaint.

79. Defendants deny the allegations set forth in paragraph 79 of the Complaint.

80. Defendants deny the allegations set forth in paragraph 80 of the Complaint.

81. Defendants deny the allegations set forth in paragraph 81 of the Complaint.

82. Paragraph 82 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph 82 of the Complaint.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state claims upon which relief may be granted.

2. Defendants have not used any of Plaintiff's trademarks in U.S. commerce.

3. Plaintiff's claims are barred by the doctrine of unclean hands.

## REQUEST FOR RELIEF

WHEREFORE, Defendants request that the Court:

1. Enter judgment in favor of Defendants on all causes of action pleaded by Plaintiff and dismiss such claims with prejudice; and

2. Grant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Defendants hereby demand a trial by jury of all claims and defenses on which a jury trial may be had.

Dated: New York, New York
May 9, 2025

**DORSEY & WHITNEY LLP**

By  */s/ Bruce R. Ewing*
Bruce R. Ewing
ewing.bruce@dorsey.com
Kaleb McNeely
mcneely.kaleb@dorsey.com
John P. Mixon
mixon.john@dorsey.com
51 West 52nd Street
New York, NY 10019
(212) 415-9200

*Attorneys for Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited, and UK AllChinaBuy Co., Limited*