DORSEY & WHITNEY LLP
Bruce R. Ewing
Kaleb McNeely
John P. Mixon
51 West 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Defendants Hangzhou*
*Taohaowu Technology Co., Ltd.,*
*Hong Kong AllChinaBuy Co., Limited*
*and UK AllChinaBuy Co., Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RVRG HOLDINGS LLC,

      Plaintiff,

        v.

HANGZHOU TAOHAOWU TECHNOLOGY
CO., LTD., HONG KONG ALLCHINABUY
CO., LIMITED and UK ALLCHINABUY CO.,
LIMITED,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

24-CV-08336 (VM)

## NOTICE OF DEFENDANTS' MOTION TO
## DISSOLVE OR MODIFY PRELIMNARY INJUNCTION ORDER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and

Declaration of Ran Zhang, Defendants Hangzhou Taohaowu Technology Co., Ltd., Hong Kong

AllChinaBuy Co., Limited and UK AllChinaBuy Co., Limited (collectively, "Defendants") will

move this Court before the Hon. Victor Marrero, United States District Judge, at the United

States District Court for the Southern District of New York, 500 Pearl Street, New York, New

York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Federal Rule

of Civil Procedure 65 dissolving or modifying the preliminary injunction order entered in this action on December 11, 2024 (Dkt. 20).

Dated:   August 11, 2025                           DORSEY & WHITNEY LLP

                                                                                                                              */s/ Bruce R. Ewing*  
                                                                 Bruce R. Ewing  
                                                                 Kaleb McNeely  
                                                                 John P. Mixon  
                                                                 51 West 52nd Street  
                                                                 New York, New York 10019  
                                                                 Telephone: (212) 415-9200  
                                                                 ewing.bruce@dorsey.com  
                                                                 mcneely.kaleb@dorsey.com  
                                                                 mixon.john@dorsey.com

*Attorneys for Defendants Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited and UK AllChinaBuy Co., Limited*