DORSEY & WHITNEY LLP
Bruce R. Ewing
Kaleb McNeely
John P. Mixon
51 West 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Defendants Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited, and UK AllChinaBuy Co., Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HANGZHOU TAOHAOWU TECHNOLOGY CO., LTD., HONG KONG ALLCHINABUY CO., LIMITED and UK ALLCHINABUY CO., LIMITED,<br><br>        Defendants. | No. 24-CV-08336 (VM) |

## DECLARATION OF RAN ZHANG

Ran Zhang declares as follows:

1. I am the Business Operation Manager of defendant Hong Kong AllChinaBuy Co., Limited d/b/a AllChinaBuy ("AllChinaBuy"). I submit this Declaration in support of the motion to dissolve or modify the Court's preliminary injunction order dated December 11, 2024 (the "Preliminary Injunction Order"), Dkt. 20, filed by AllChinaBuy and co-defendants Hangzhou Taohaowu Technology Co., Ltd. and UK AllChinaBuy Co., Limited (collectively, "Defendants").

The facts set forth in this Declaration are based on my own personal knowledge, information supplied to me, or documents maintained by AllChinaBuy that are specifically referenced herein.

**AllChinaBuy's Business**

2.  AllChinaBuy operates a website that enables users around the world to buy goods offered for sale on Chinese-language websites. AllChinaBuy began its operations in April 2024, and the address of its principal place of business is Room 101A, 1/F, Genplas Industrial Building, 56 Hoi Yuen Road, Kwun Tong, Hong Kong.

3.  Co-defendant Hangzhou Taohaowu Technology Co., Ltd., which is located at Unit 2701, Building 4, Oumei Financial City, Cangqian Subdistrict, Yuhang District, Hangzhou City, Zhejiang Province, People's Republic of China, is an affiliate of AllChinaBuy that supplies technical services, website promotion services, customer services, risk control services and chargeback protection services to or on behalf of AllChinaBuy, as well as technical and promotional services to other purchasing platforms.

4.  Co-defendant UK AllChinaBuy Co., Limited is inactive and has never offered any goods or services of any kind. It was created because one of AllChinaBuy's credit card payment service vendors required that AllChinaBuy maintain a registered European company. UK AllChinaBuy Co., Limited was created for this purpose, and its nominal business address is 7 Copperfield Road, Coventry West Midlands, England.

5.  AllChinaBuy offers its services to users located in more than 100 countries around the world. AllChinaBuy's business is not focused on the United States – only 27% of its orders and revenues come from users located in the United States.

6.  The manner in which users engage a third party to purchase goods from third-party e-commerce sites via AllChinaBuy's service as an informational platform is as follows.

2

First, a user will open an account with AllChinaBuy. By opening an account, users agree to the terms of AllChinaBuy's User Registration Agreement (the "User Agreement"), which specifically provides that users "should make prudent purchase as certain merchants on Taobao may conduct illegal commercial activities," and that "items banned by the rules of competent customs authorities" are "banned from mailing." As customs regulations worldwide prohibit the importation of goods that infringe the intellectual property rights of others, those are among the items banned from mailing under the User Agreement. *See* User Agreement, §§ II.1.(2) and II.1.(10)(iii). A true and accurate copy of the User Agreement is attached as Exhibit A. The User Agreement also states clearly that:

> The commodities purchased in China must be those **in conformity with the laws and regulations of the People's Republic of China ("PRC") and are permitted for export.** You shall understand and acknowledge that based on the different customs policies of various countries, some countries or regions are more sensitive to special commodities and the probability of being confiscated for such commodities, when entering local customs, is slightly greater.

*Id.,* § III (emphasis added).

7. The User Agreement links to AllChinaBuy's "Terms of Service – Service Terms and User Management" (the "Service Terms"), and it instructs users to carefully read the Service Terms. *Id.*, § I. A true and correct copy of the Service Terms is attached as Exhibit B. The Service Terms provide that AllChinaBuy "cannot accept to shop via shopping agent services for the following items: counterfeit products, prescription medicine, tobacco, lottery and adult magazine & DVD." Service Terms, § 10.6. The User Agreement also links to a page on AllChinaBuy's website titled "AllChinaBuy Care Service Instruction," which provides in Section IV.1 that "goods that infringe intellectual property rights" cannot be insured with AllChinaBuy's Care Service. A true and correct copy of AllChinaBuy's Care Service Instruction is attached as Exhibit C. Finally, the User Agreement links to a page on AllChinaBuy's website

3

titled "Notices of receiving the parcel," a true and correct copy of which is attached as Exhibit D. Under the heading "Confiscation of goods," Exhibit D states that AllChinaBuy "cannot identify genuine, fake, or imitation brands, related to intellectual property," and "for all foreign brands, imitation brands, A commodities, etc.," AllChinaBuy "cannot help you to purchase" and AllChinaBuy is "also not responsible for customs clearance."

8. While AllChinaBuy's User Agreement and its ancillary documents prohibit intellectual property infringement, AllChinaBuy has no control over third-party e-commerce sites that may be selling counterfeit products, nor will it advise on users' selection of products. In many cases, AllChinaBuy is not able to determine whether a specific product is counterfeit or not. Nonetheless, AllChinaBuy has taken steps to configure its website to block access to goods bearing certain brands when the brand owners have complained to AllChinaBuy about the accessibility of counterfeit goods through AllChinaBuy's website. In this case, AllChinaBuy has no record of receiving any requests from the Plaintiff or anyone representing Plaintiff to block consumers from being able to purchase goods bearing its trademarks prior to the filing of this action.

9. After a user opens an account with AllChinaBuy, they are able to search third-party Chinese-language e-commerce websites for goods they wish to purchase. Most commonly, users will copy links to product listings on a Chinese-language website, and the AllChinaBuy website will generate a translated version of the product listing from that website. Users can also search for goods by product name, by product category, or by copying an image from a Chinese-language website. Depending on where the user is located, the translation will be in one of two languages: English or Chinese. AllChinaBuy does not control any of the Chinese-language

4

websites whose contents users can search on AllChinaBuy; has no ability to regulate product listings on those websites; and is not affiliated with those websites or their owners in any way.

10. If a user wishes to purchase an item disclosed by an AllChinaBuy search, they will first make a payment, using one of the following payment platforms: PayPal, Unlimint, Antom, Onerway or XT. The payment is then routed to a third-party shopping agent company that manages individual shopping agents located in China (the "Shopping Agent Company"). The Shopping Agent Company is an independent third-party agency that AllChinaBuy does not own or control. The Shopping Agent Company can help AllChinaBuy users complete purchases, but it has discretion to refuse orders, and it does not work exclusively with AllChinaBuy. The Shopping Agent Company, not AllChinaBuy, makes all purchases in China, and the payments customers make at this stage are for the purchase price of whatever goods they are buying, and, in some cases, a service fee. The shopping agents have the ability to interact with users about purchases to answer user questions, supply more information about the goods of interest, assess the quality of the goods, and generally facilitate the shipment of the goods to a warehouse for packaging and shipping. The Shopping Agent Company does not receive reimbursements for the purchases they make from user funds until the goods ordered by users are actually purchased.

11. The Shopping Agent Company's relationship with AllChinaBuy is governed by a Platform Procurement Service Contract (the "Service Agreement") between AllChinaBuy and the Shopping Agent Company. The Shopping Agent Company is responsible for independently recruiting and managing individual shopping agents for providing services to users. Among other provisions, the introductory paragraph and Section 1 of the Service Agreement indicate that AllChinaBuy's role is limited to providing informational intermediary services, and AllChinaBuy is not directly involved in the purchasing services that the Shopping Agent

Company provides to its customers. Section 3.2.1 of the Service Agreement reiterates that AllChinaBuy has only an intermediary role, and that the Shopping Agent Company shall provide purchasing services on its own behalf without AllChinaBuy's involvement.

12. After a user makes a purchase, their goods are delivered to a third-party warehouse (the "Warehouse"). AllChinaBuy has only engaged one such warehouse, located in Huizhou, Guangdong Province, China.

13. The services that the Warehouse provides to AllChinaBuy are governed by a Project Cooperation Agreement between AllChinaBuy and the Warehouse (the "Warehouse Agreement"). Under the Warehouse Agreement, AllChinaBuy is granted the right to use the Warehouse's cloud system service and basic maintenance services (Section 1.2.1), and the Warehouse has developed the database independent deployment function (Section 1.2.2).

14. Section 1.1 and Section 1.2.3 of the Warehouse Agreement indicate that AllChinaBuy's role is limited to providing informational intermediary services, and that the Warehouse is responsible for providing warehousing and logistics services.

15. Upon arrival at the Warehouse, the Warehouse will photograph the goods so the user can verify that the items are what they ordered. Once the user has confirmed that they wish to have their items shipped, the goods will be packaged for shipment to the user who has purchased them, and the users are asked to specify the manner in which they want the goods shipped, and the shipping service they wish to use. The Warehouse also provides repackaging services for international shipping. Repackaging is required since the packaging requirements for domestic and international shipping are different.

16. The users then make a second payment through the AllChinaBuy website that is in turn delivered to the Warehouse. AllChinaBuy receives approximately 20% of this second payment at this stage when goods are shipped out of China to other countries.

17. This percentage received on shipping is the only fee AllChinaBuy currently receives in the transactions that are introduced through its website. If users are unhappy with the goods they purchase, they can reach out to the shopping agents to have their concerns addressed or to secure a refund or other credit. Customer funds paid for both the Warehouse and shipping company services are not released to the Warehouse or shipping company by AllChinaBuy until the goods have, respectively, been released for shipping, or delivered to the user.

18. In paragraph 36 of the December 9, 2024 complaint filed in this action, Plaintiff asserts that AllChinaBuy "repackage[s] the Counterfeit Products and instructs consumers how to declare the package to avoid" seizure by customs. These allegations are untrue. AllChinaBuy does not repackage any goods; rather, the Warehouse repackages the goods it receives from shopping agents and readies them for international shipping. The only advice AllChinaBuy gives to customers about shipping is that the heavier their shipment, the more likely it is that customs officials will consider the delivery to be for commercial, as opposed to personal, purposes and charge a higher duty upon import. And the repackaged goods do not identify AllChinaBuy on the packaging on international shipments in any way.

19. AllChinaBuy does allow users to deposit funds with it to be used for making future purchases. So, for example, a user in Korea might deposit 500,000 won (roughly US$350), use some of that deposit to make a purchase, and then leave the balance on deposit to buy additional goods later, if they wish. In addition, users also can opt to refund deposit funds to their own bank accounts at any time without any restrictions from AllChinaBuy.

20.     AllChinaBuy does not itself make any purchases of any goods, nor does it sell any goods anywhere in the world. AllChinaBuy does not take possession of any goods, as those goods are bought by customers through third-party shopping agents, delivered to a third-party warehouse, and shipped to users at their direction, using shipping services they select. AllChinaBuy does not inspect the goods purchased by customers, nor does it review or inspect the design of products listed by third-party merchants. AllChinaBuy does not receive any revenue from the sellers of any goods purchased by users, nor does it set the price of goods sold by third-party merchants. All of AllChinaBuy's revenues come from the second payment made by buyers.

21.     I understand that one issue discussed in the complaint filed in this action is AllChinaBuy's use of Internet influencers to promote the purchase of goods through AllChinaBuy's platform. Beginning in approximately May 2024, AllChinaBuy entered into contracts with 48 Internet influencers through which the influencers were eligible to receive compensation for promoting the sale of particular items of their choosing. So, for example, an influencer could identify items available for sale through Chinese-language websites that they believed would be of interest to their followers, and create a spreadsheet showing the items and the links to them on Chinese websites. Most of these influencer contracts have expired and were not renewed. The few remaining influencer contracts with unexpired terms have been suspended and are not expected to be renewed.

22.     While the influencer contracts were in effect, AllChinaBuy did not tell influencers which goods to recommend to their followers, nor did it create any of the influencer spreadsheets containing the influencers' recommendations. The influencers decided what to recommend, and they also created their own spreadsheets.

### AllChinaBuy's Notice of This Lawsuit and Its Compliance with the Court's Orders

23.     AllChinaBuy first learned of this lawsuit in early December of 2024. After receiving notice of this action, AllChinaBuy contacted its local attorneys in China for advice concerning the case, as AllChinaBuy has never been a party to a U.S. lawsuit and is unfamiliar with the requirements of U.S. law.

24.     After conferring with counsel, AllChinaBuy has altered its website to block users from searching for Chinese website listings for products bearing the trademarks or brand names that the Plaintiff in this case has asserted it owns. So, for example, if a user were to insert the word "Rhude" into the AllChinaBuy search engine to try to find goods bearing that trademark or brand name, that user would not be able to make any purchases. In addition, AllChinaBuy has taken steps to prevent sales of products bearing Plaintiff's trademarks based on image searching, including by instructing the Shopping Agent Company and the Warehouse to cancel any orders for such products.

### Prior Purchases of Goods Bearing Plaintiff's Trademarks

25.     AllChinaBuy has investigated all orders placed on its platform from April 25, 2024 through July 12, 2025, and determined that a total of 625 orders worldwide during that time period involved goods bearing Plaintiff's trademarks. The total monetary value of those 625 orders is RMB ▮▮▮▮▮ (approximately US $▮▮▮▮▮ as of August 5, 2025), all of which was paid to the Shopping Agent Company.

26.     To calculate those figures, AllChinaBuy compiled a spreadsheet by using Plaintiff's brand name, as well as variations like "Rude," as search terms. That spreadsheet contains the product names, date of purchase, price, number of goods and other information for every order made through AllChinaBuy's platform.

27. Of the 625 orders worldwide from April 25, 2024 through July 12, 2025, 252 orders were shipped to the United States and its territories. The total monetary value of those 252 orders is RMB▮▮▮ (approximately US $▮▮▮ as of August 5, 2025), all of which was paid to the Shopping Agent Company. A spreadsheet showing all worldwide and U.S. orders for goods bearing Plaintiff's marks, including the product, quantity, unit and total price, and shipping destination is attached hereto as Exhibit E.

28. The 252 U.S. orders of goods bearing the RHUDE trademark or a variation thereof were fulfilled through 172 international shipping parcels. However, these parcels also contained goods bearing other trademarks unrelated to this case. What this means is that AllChinaBuy's revenues and gross profits associated with the 252 orders are less than the corresponding revenue and gross profits associated with the 172 international shipping parcels.

29. Subject to this qualification, AllChinaBuy calculates that its gross profits associated with the international shipments of the 172 parcels, which encompassed the 252 U.S. orders, were RMB▮▮▮ (approximately US $▮▮▮ as of August 5, 2025).

30. This calculation was made by deducting direct costs incurred by AllChinaBuy from its revenues associated with the 172 international shipments. Those direct costs include platform technology development costs, platform operation and maintenance costs, platform promotion costs, data translation costs, and costs related to AWS server leasing. Specifically, AllChinaBuy received approximately 20% of the second payment paid by users as a shipping fee. The total amount of AllChinaBuy's revenue associated with the 172 international shipments was RMB▮▮▮ (approximately US $▮▮▮ as of August 5, 2025). The total amount of direct costs associated with the 172 international shipments was RMB▮▮▮ (approximately US $▮▮▮ as of August 5, 2025). AllChinaBuy generates much lower net profits when taking into

account other expenses such as operating expenses, tax payments and estimated compensation for pending orders and parcels in transit.

31. It is important to note that if an order was placed prior to July 9, 2025, when we instructed the Shopping Agent Company and the Warehouse to cancel any orders for goods depicting Plaintiff's trademarks that were placed through image searches, where Plaintiff's name and marks did not appear in the product listings, such orders would not have been captured in the spreadsheet attached as Exhibit E or in the above calculations. However, given the low volume of transactions involving potentially infringing goods that have been identified through product listings, we do not believe that overall sales would be materially higher if additional sales made based on image searches, where Plaintiff's name and marks did not appear in the product listings, were to be included.

**The Funds Restrained by the Preliminary Injunction Order**

32. Currently, because of the Court's Preliminary Injunction Order, $██████ has been restrained in AllChinaBuy's PayPal account. $██████ of this sum is a security deposit whose maintenance in the account is required by PayPal. The balance represents funds belonging to AllChinaBuy that well exceed the amount of profits earned by AllChinaBuy on U.S. shipments of potentially infringing goods.

33. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this \_\_\_11th\_\_\_ day of August 2025 in Hangzhou, the People's Republic of China.

                                         张冉 Ran Zhang
                                         RAN ZHANG