# EXHIBIT C

# Allchinabuy Care Service Instruction

If you still worried about not receiving your parcel timely, if you still afraid that your parcel will be seized by customs, If you still worried about various uncontrollable factors in international shipping?
Don't worry! **Allchinabuy Care Service** will take care and protect the rights and interests of your parcels.

If your Parcel is delayed, lost/damaged, seized by Customs, etc., and you have purchased **Allchinabuy Care Service** when submitting the waybill, we will compensate according to the compensation rules, and the compensation cap would be the insured amount. If your Parcel is delayed and is confirmed lost/damaged or seized by Customs after obtaining the delay compensation, we will deduct the delay compensation amount before making the final compensation.

**Allchinabuy Care Service**
Upon purchasing **Allchinabuy Care Service**, you are eligible for compensation in the following situations:
**Delay**
If your parcel is not delivered within the standard time-frame, you will receive a 20% refund on shipping fees.
Compensation for delays can be claimed after the standard time-frame has passed. For compensation standards, please refer to the Allchinabuy Care Service policy.
**Lost/Damage**
If your insured parcel is lost or damaged, we will provide compensation based on the actual situation. The maximum compensation amount is 7,000 CNY for the goods and 3,000 CNY for shipping fees.
Compensation for lost or damaged items can be claimed after reaching the standard time-frame. For compensation standards, please refer to the Allchinabuy Care Service policy.
**Customs Seizure**
If your insured parcel is confirmed to have been seized by Customs, Allchinabuy will provide compensation based on the actual situation. The maximum compensation amount is 7,000 CNY for the goods and 3,000 CNY for shipping fees.
Compensation for Customs detention can be seized after the standard time-frame has passed. For compensation standards, please refer to the Allchinabuy Care Service policy.

## Allchinabuy Care Service Guideline

I. Definition of **Allchinabuy Care Service**
**Allchinabuy Care Service** is a paid value-added service provided by Allchinabuy for users during parcel shipping.
**Allchinabuy Care Service** guarantees compensation for delays, losses, damages, and seizures of your parcel during transportation. Users should contact customer service to handle cases, and

upon verification, the compensation amount will be directly refunded to the user's Allchinabuy balance.

II. **Rates and insured value description**

1. The insured amount corresponds to the parcel value.
2. For insured amount up to ¥500 RMB (inclusive), the Allchinabuy Care Service fee is ¥20 RMB per parcel .
3. For insured amount exceeding ¥500 RMB, the Allchinabuy Care Service fee is 4% of the parcel value.
4. The minimum insured amount per parcel is ¥1 RMB, and the maximum is ¥7,000 RMB.
5. The maximum shipping fee refund per percel is ¥3,000 RMB.

III. **Allchinabuy Care Service** Entry

1. Users can pick up parcels in "Warehouse"page, select the logistics route, and choose **Allchinabuy Care Service** as a value-added service for the parcel, paying along with the shipping fee.
2. After purchasing **Allchinabuy Care Service**, users can view the purchased information in " My parcel - Parcel Details".

IV, Non-insured goods category description.

1. Goods that infringe intellectual property rights;
2. Documents and certification-related goods;
3. Ticket products and tourism service-related goods;
4. Valuable items such as negotiable securities, jewelry, jade, artwork, and gold jewelry;
5. Virtual goods, digital goods, and other non-physical goods;
6. Tobacco and tobacco products (including cigarettes, e-cigarette products, etc.).
7. Blood products, vaccines, medications (excluding health supplements), and other controlled items;
8. Wood, rubber, bulk chemical goods, plants, animals, refrigerated food, fresh goods;
9. Heavy machinery, cars, motorcycles, ships, airplanes, yachts, wind turbine-related equipment, and blades;
10. Solar components, semiconductors, silicon wafers (monocrystalline silicon, polycrystalline silicon, etc.);
11. Medical equipment and precision equipment with anti-vibration and anti-tilt requirements (such as semiconductors and photovoltaic production equipment)；
12. Various corrosive items (hydrochloric acid, sulfuric acid, nitric acid, sodium hydroxide, pure battery products, etc.)；
13. Various flammable and explosive dangerous goods；
14. Various radioactive elements, synthetic items, and containers；
15. Other hazardous, dangerous, embargoed, or restricted items stipulated by the International Air Transport Association, International Civil Aviation Organization, and other relevant government departments or organizations.

V. Cancellation Instructions

If you cancel the parcel shipment before it leaves the warehouse, all purchased **Allchinabuy Care Service** will be canceled and the fees will be refunded. Once the parcel is shipped, the **Allchinabuy Care Service** becomes immediately effective, and the purchased **Allchinabuy Care Service** cannot be cancelled separately in other circumstances. Please purchase carefully. (International parcel returns will not refund the **Allchinabuy Care Service** fee.)

VI. Coverage Period

The coverage begins upon confirmation of the insured transaction and continues until the goods reach the destination listed on the service policy. The coverage terminates upon receipt or delivery confirmation by the recipient or their agent within this period. Please refer to the Allchinabuy Care Service policy. Allchinabuy has the right to refuse claims after this period.

VII. Claims Standards and Rules

For details, please refer to the Allchinabuy Care Service Policy:

VIII.   Claims Instructions

When filing a claim, Allchinabuy will provide dedicated customer service assistance. Claims typically require, but are not limited to, the following materials:

**Requirements for Claims for Lost Goods**:

1. Parcel PN code information.
2. Screenshot of the actual transaction showing ownership and value of the goods.
3. Proof of loss issued by the logistics carrier.
4. Other documents required by Allchinabuy.

**Requirements for Claims for Damaged Goods**:

1. Parcel PN code information.
2. Photos of the accident scene and damaged property.
3. Electronics and 3C products only accept claims for external damage.
4. Unpacking video of the received damaged parcel.
5. Other documents required by Allchinabuy.

**Claim Period**: 30 days from the date of determination of the issue standard. Allchinabuy has the right to refuse claims after this period.

IX. Claim Entry

To submit a claim, please contact our customer service team with the required material for processing.

X. Exclusions

Allchinabuy will not provide compensation in the following scenarios:

1. Force majeure factors: including but not limited to: direct or indirect loss or damage caused by war, natural disasters (including earthquakes, cyclones, storms, floods, etc.), losses caused by nuclear radiation, nuclear explosions, nuclear pollution and other radioactive pollution; Delay or losses caused by strike;

2. The user is unable to provide the relevant proof required for compensation;

3. Non-insurable products, and the items sent and delivered violate the provisions of the prohibition or restriction of posting, they shall be confiscated by the competent authority or dealt with in accordance with the relevant laws and regulations;

4. Parcel damage or loss caused by the customer's responsibility, intentional behavior, or the product itself;

5. Theft or disappearance of unknown reasons after delivery;

6. Claims filed after the deadline (no inquiries or claims within 14 days after signing for receipt or reaching the claim standard time-frame ), or if the parcel is delivered within the claim period;

7. Other situations not falling within the scope of compensation responsibility;

8. Allchinabuy reserves the final interpretation right of the **Allchinabuy Care Service**.