# EXHIBIT D

# Notices of receiving the parcel

**Parcels return**

1. If your parcel is returned because of the not qualified domestic security, we will contact you to confirm, and we will send it again for free.
2. If your parcel has been sent abroad, but it is returned because of " unqualified international security ", "no sign", "address unknown", "out for delivery" and other reasons, you are responsible for the redelivery fee.
3. Parcels need to go through customs clearance after arriving at foreign customs, customs inspection of parcels is based on spot check. If Customs considered that the item of your parcel is special, then it is likely to require the receiver to provide invoices or proof of customs clearance. Due to the unspecific receiver's address or failure to contact, which leads to logistics in returning the parcel, relevant customs fees generated by the destruction shall be paid by the receiver.


**Confiscation of goods**

We will verify the material of commodity and categories, but we cannot identify genuine, fake, or imitation brands, related to intellectual property. For all foreign brands, imitation brands, A commodities, etc., we cannot help you to purchase and we are also not responsible for customs clearance. If your items are judged to be imitation brands, fake, sensitive items, and caused by confiscated parcels, you need to take responsibility.


P.S.: When submitting international delivery order with this kind of goods, please choose shipping methods carefully.


**Notices of sign-off**

1. Before signing for goods, inspect whether the outer packing of goods is intact or not, whether the sealed box is intact or not, weight has an obvious difference or not.
2. Whether the parcel has clearly broken or damaged mark, receivers should check the parcel in front of the postman and sign with remarks or reject to accept.
3. If the parcel is not signed in front of the postman and the parcel has damaged or broken, please keep the original package (and sealed). The invoice, actual photo, and other related evidence would need to be provided to us within 2 working days after it is delivered, we will negotiate with the local post office for compensation.
4. The normal sign-off marks the end of the whole process of shipping. After normal sign-off, in any case, we will not take responsibility.
5. After the sign of the parcel, if there is any problem, please give feedback to customer service within 72 hours. We are sorry but we are not able to deal with your case if it is over 72 hours.

**Exemption clause**

1. Fragile and vulnerable goods, whether strengthen packaging is required or not, only claiming for loss is involved, while claiming for damage is not involved.
2. Dangerous and contraband goods are not involved in the claim (for example compressed gases, liquefied gases, flammable liquids, corrosive substances, and other countries' contraband)
3. Loss or Expense caused by the goods' natural loss, defects, characteristics, price rise, and drop will not be involved in the claim.
4. During shipping, due to total or partial loss caused by natural disasters such as bad weather, lightning, tsunami, earthquake, and flood.
5. If the product expires, loses warranty, or gets delayed due to uncontrollable factors like weather and customs clearance, there will be no compensation.
6. If your parcel is not delivered within the timeline as promised by the logistics, which is caused by your refusal of cooperation with the customs (including but not limited to paying the tariff), please be noted that all the losses or responsibilities will be undertaken by yourself, logistics will not bear any responsibility