

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

September 3, 2025

**VIA ECF**
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *RVRG Holdings LLC v. Hangzhou Taohauwu Technology Co., Ltd., et al.*, Case No. 24-cv-8336 (VM)
                   **Letter Request for Extension of Briefing Schedule**

Dear Judge Marrero,

     We represent Plaintiff RVRG Holdings LLC ("Plaintiff") in the above-referenced action (the "Action"). On July 25, 2025, the Court entered an Order setting a briefing schedule for Defendants' Motion to Dissolve the Preliminary Injunction Order in the Action ("Motion"). (Dkt. 39). Plaintiff respectfully submits the instant request to extend the briefing schedule on the Motion. This is Plaintiff's first request to extend the briefing schedule on the Motion and Defendants' counsel consents to the extension. Plaintiff's counsel and Defendants' counsel have agreed to and respectfully propose the following dates:

- **September 19, 2025**: Plaintiff's deadline to file any opposition papers
- **October 8, 2025**: Defendants' deadline to file any reply papers

     We thank the Court for its time and consideration.

                                                                          Respectfully submitted,

                                                                          **EPSTEIN DRANGEL LLP**

                                                                          BY: /s/ Jason M. Drangel
                                                                          Jason M. Drangel
                                                                          jdrangel@ipcounselors.com
                                                                          60 East 42nd Street, Suite 1250
                                                                          New York, New York 10165
                                                                          (212) 292-5390
                                                                          *Attorneys for Plaintiff*