

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/25

September 3, 2025

**VIA ECF**
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *RVRG Holdings LLC v. Hangzhou Taohauwu Technology Co., Ltd., et al.*, Case No. 24-cv-8336 (VM)
            <u>Letter Request for Extension of Briefing Schedule</u>

Dear Judge Marrero,

    We represent Plaintiff RVRG Holdings LLC ("Plaintiff") in the above-referenced action (the "Action"). On July 25, 2025, the Court entered an Order setting a briefing schedule for Defendants' Motion to Dissolve the Preliminary Injunction Order in the Action ("Motion"). (Dkt. 39). Plaintiff respectfully submits the instant request to extend the briefing schedule on the Motion. This is Plaintiff's first request to extend the briefing schedule on the Motion and Defendants' counsel consents to the extension. Plaintiff's counsel and Defendants' counsel have agreed to and respectfully propose the following dates:

- **September 19, 2025**: Plaintiff's deadline to file any opposition papers
- **October 8, 2025**: Defendants' deadline to file any reply papers

    We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Jason M. Drangel
Jason M. Drangel
jdrangel@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*



Request **GRANTED**.
The Court hereby grants Plaintiff's request for an extension of the briefing schedule on Defendants' motion to dissolve the preliminary injunction. The Court directs the parties to comply with the above stipulated deadlines for Plaintiff's opposition papers and Defendants' reply papers.

**SO ORDERED.**

4 September 2025
DATE — VICTOR MARRERO, U.S.D.J.