

EPSTEIN DRANGEL LLP

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

September 12, 2025

**VIA ECF**
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *RVRG Holdings LLC v. Hangzhou Taohauwu Technology Co., Ltd.,*
       *et al.*, **Case No. 24-cv-8336 (VM)**
       <u>Letter in Response to Court's September 5, 2025 Order</u>

Dear Judge Marrero,

  We represent Plaintiff RVRG Holdings LLC ("Plaintiff") in the above-referenced action (the "Action"). On August 11, 2025, Defendants filed a letter requesting that the Zhang Declaration (Dkt. 42) and Defendants' Memorandum of Law in Support of Motion to Dissolve or Modify Preliminary Injunction Order (Dkt. 43) be filed in redacted form, and Exhibit E to the Zhang Declaration (Dkt. 42, no. 5) should be filed under seal. (Dkt. 48). On September 5, 2025, the Court entered an Order directing Plaintiff to respond to Defendants' request within one (1) week ("September 5, 2025 Order"). (Dkt. 48). Plaintiff has no objections to Defendants' request for redaction or sealing.

  We thank the Court for its time and consideration.

                 Respectfully submitted,

                 **EPSTEIN DRANGEL LLP**

                 BY: /s/ Jason M. Drangel
                 Jason M. Drangel
                 jdrangel@ipcounselors.com
                 60 East 42nd Street, Suite 1250
                 New York, New York 10165
                 (212) 292-5390
                 *Attorneys for Plaintiff*