

BRUCE R. EWING
Partner
(212) 415-9206
ewing.bruce@dorsey.com

August 11, 2024

**VIA ECF**

Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025

Re:   *RVRG Holdings LLC v. Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited, and UK AllChinaBuy Co., Limited*, No. 24-cv-8336 (VM)

Dear Judge Marrero:

    We represent Defendants Hangzhou Taohaowu Technology Co., Ltd., Hong Kong AllChinaBuy Co., Limited, and UK AllChinaBuy Co., Limited (collectively, "Defendants") in the above-referenced action.

    We write pursuant to Section II.H of Your Honor's Individual Practices in Civil Cases to request leave to file (i) the Declaration of Ran Zhang (the "Zhang Declaration") and (ii) Defendants' Memorandum of Law in Support of Motion to Dissolve or Modify Preliminary Injunction Order ("Defendants' Brief") in redacted form, and Exhibit E to the Zhang Declaration under seal. The reason for this request is that the Zhang Declaration, Exhibit E thereto and Defendants' Brief contain highly confidential business and financial information of Defendant AllChinaBuy Co., Limited, including its revenues, profits, commission fees, and customer information.  The proposed redactions to the Zhang Declaration and Defendants' Brief are narrowly tailored and are limited to numerical figures.

    While Defendants understand the presumption in favor of public access to judicial documents, they have strong interests in preventing harms that may come from public disclosure of their highly confidential business and financial information. *See, e.g.*, *Standard Inv. Chartered, Inc. v. Fin. Indus. Regulatory Auth., Ind.*, 347 Fed. App'x. 615, 617 (2d Cir. 2009) (upholding a party's "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access"); *see also Bergen Brunswig Corp. v. Ivax Corp.*, No. 97 CIV. 2003 (PKL), 1998 WL 113976, at *3 (S.D.N.Y. Mar. 12, 1998) (finding that courts have found good cause for permitting filing under seal where public filing would disclose commercially sensitive and confidential information).

51 West 52nd Street | New York, NY | 10019-6119 | T 212.415.9200 | F 212.953.7201 | dorsey.com



Hon. Victor Marrero
August 11, 2025
Page 2

  As such, Defendants contend that the Zhang Declaration and Defendants' Brief should be filed in redacted form, and Exhibit E to the Zhang Declaration should be filed under seal. Defendants thank the Court for its consideration of this request.

          Respectfully submitted,

          DORSEY & WHITNEY LLP

       By: */s/ Bruce R. Ewing*
          Bruce R. Ewing
          51 West 52nd Street
          New York, NY 10019
          (212) 415-9200

          Attorneys for Defendants

---

**Request GRANTED.**

The Court hereby grants Defendants' request to file in redacted form the Zhang Declaration and Defendants' brief and to file Exhibit E under seal.

**SO ORDERED.**

9/15/2025
DATE      VICTOR MARRERO, U.S.D.J.