USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/3/25___



**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

December 2, 2025

**VIA ECF**
Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***RVRG Holdings LLC v. Hangzhou Taohauwu Technology Co., Ltd.,
> et al.*, Case No. 24-cv-8336 (VM)**
> **Sixth Letter Request for Extension of Briefing Schedule**

Dear Judge Marrero,

We represent Plaintiff RVRG Holdings LLC ("Plaintiff") in the above-referenced action (the "Action"). On July 25, 2025, the Court entered an Order setting a briefing schedule for Defendants' Motion to Dissolve the Preliminary Injunction Order in the Action ("Motion"). (Dkt. 39). Plaintiff respectfully submits the instant request to extend the briefing schedule on the Motion so that the parties may continue to discuss settlement. This is the sixth request to extend the briefing schedule on the Motion (Dkts. 46-47) and Defendants' counsel consents to the extension. Plaintiff's counsel and Defendants' counsel have agreed to and respectfully propose the following dates:

- **January 16, 2026**: Plaintiff's deadline to file any opposition papers
- **February 16, 2026**: Defendants' deadline to file any reply papers

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*

Request **GRANTED.**
The Court hereby grants Plaintiff's request for an extension of the briefing schedule. The Court directs the parties to comply with the above stipulated briefing schedule. The parties are hereby notified that no further extension will be considered.

**SO ORDERED.**

3 December 2025
_____
**DATE**                    VICTOR MARRERO, U.S.D.J.