# EXHIBIT A

# Exhibit A:  AllChinaBuy User Registration Agreement



# Help Center

Customer First, Premium Service
9/7 Online Customer Service (09:00-18:00, BJ Time)

## FAQ Categories

- **Account Management**
  - Registration
  - Password
  - Payment
  - Coupons & Discount Code
  - Membership
- Promotions and Events
- Shopping Agent Service
- Forwarding Service
- Service
- Shipping & Logistics
- After-sales Service
- Affiliate

Account Management > Registration > AllChinaBuy User Registration Agreement

**[Special Reminder]** Please read AllChinaBuy User Registration Agreement carefully, to make sure that you understand our rules for handling your personal information. Please contact our customer service staff in case you have any questions with the Agreement, and you may stop visiting and using AllChinaBuy immediately in case you disagree with any provisions hereof.

### AllChinaBuy User Registration Agreement
Updated on: 2024-01-20
Effective on: 2024-01-20

### Recitals

**[Important]** You should read the Agreement below carefully before you click "Agree" for the registration. **Please read carefully and fully understand the provisions hereof, including but not limited to:**
1. **Exception or limitation of liability**
2. **Governing law**
3. **Important notes and provisions related to the business**

**[Special Reminder]** AllChinaBuy User Registration Agreement includes AllChinaBuy Service Agreement and Legal Statement and Privacy Policy. Your completion of all registration procedures and consent with this Agreement mean that you have fully read, understood and accepted all the provisions hereof. In case of any disputes between you and AllChinaBuy arising out of AllChinaBuy platform services, such disputes shall be solved pursuant to AllChinaBuy Service Agreement.

**You should stop the registration procedures immediately in case you disagree with the Agreement or any provision hereof.**

AllChinaBuy User Registration Agreement consists of two parts: AllChinaBuy Service Agreement and Legal Statement and Privacy Policy.

Five parts are set forth under AllChinaBuy Service Agreement:
I. Acknowledgement and Acceptance by User
II. Services for Businesses under AllChinaBuy
III. Descriptions of International Logistics Restrictions
IV. Limitation of Liability and Waiver
V. Agreement Update and the Obligations of Users to Care

### AllChinaBuy Service Agreement

#### I. Acknowledgement and Acceptance by User

The ownership and right of operation regarding the electronic services hereunder belong to AllChinaBuy. The user (hereinafter referred to "You") may become a formal user of AllChinaBuy only after agreeing with all registration provisions and completing all registration procedures. You clicking "Agree with this Agreement" shall be deemed to confirm that You may have the capabilities of enjoying the services provided under AllChinaBuy including but not limited to shopping agent service and of assuming legal responsibility independently incurred there from. This Agreement is binding upon You and AllChinaBuy and may be effective permanently unless otherwise agreed by You and AllChinaBuy.

Please read carefully at https://www.allchinabuy.com/en/page/about/agreement/ for more details thereof.

#### II. Services for Businesses under AllChinaBuy

**1. Policies for shopping agent services**

(1) Shopping agent services

Shopping agent service: AllChinaBuy will purchase items from your designated third-party merchants free of charge (except for items on certain websites) on your behalf.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpId2005 for more details thereof.

(2) Disclaimer for shopping agent

For the smooth arrival of the products purchased by You, we may make appropriate handling for the products already arrived. You're kindly reminded that You should make prudent purchase as certain merchants on Taobao may conduct illegal commercial activities. You are deemed to agree and perform the subsequent operations under special conditions (visit the website below), or You may verify any doubts (if any) with the customer service staff upon the submission of order.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpId2188 for more details thereof.

(3) Rules of return or exchange within 5 days without reasons

The products purchased by AllChinaBuy on your behalf may be returned or exchanged (as the case may be) within 5 days without reasons. You must understand and confirm that such return and/or exchange service may be enjoyed only once within 30 days free of charge, or otherwise, the subsequent return and/or exchange may be provided with certain charge, and even part of orders may not be returned and/or exchanged.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpId2145 for more details thereof.

(4) Domestic return and international return

Subject to the special natures of international logistics, certain parcels may be indicated as "Not passing domestic security checks" in the customs of the country to which Your parcels are delivered, in this regard, AllChinaBuy may arrange the re-delivery free of charge after the parcel is returned. In the event Your parcel has been shipped overseas and is returned due to Not passing international security checks, no recipient, wrong or incomplete address, unsuccessful posting, the fee for re-shipping shall be borne by You.

(5) Parcel Delay Insurance and Compensation

The parcel is deemed delayed after being shipped out but not received by the recipient within the delivery time guaranteed by the insured shipping line on our platform. If the parcel is still not received after the delay, the recipient can request after-sale compensation per AllChinaBuy's compensation rules, with the allowance refunded to the payment account for this parcel. Delays due

to customs, weather, and other Force Majeure incidents are ineligible for compensation.
Please read carefully at https://www.allchinabuy.com/en/page/help/#n51_158_helpid1598 for more details thereof.

(6) Parcel insurance and the compensations

In the event that Your parcel is lost and You have purchased the parcel insurance with us upon the submission of order, we may provide applicable compensation based on Your insured value. You shall have the knowledge of the prohibited international items and assume any responsibilities for the loss of parcel caused due to certain factors, either subjective or objective.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpid2144 for more details thereof.

(7) Receipt of parcel

The normal acknowledge of receipt of the parcel indicates the closure of the whole shipping process. You shall check the outer packing box carefully upon Your signing for acknowledge of receipt, and You may respond to customer service staff immediately for any problems related thereto after the acknowledgement.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpid2002 for more details thereof.

(8) After-sales

It's suggested that You should confirm the receipt of products on the website after receiving the parcel. You may apply for after-sales services within the valid after-sales term thereof if necessary, or otherwise after-sales services may not be provided after the said valid term. The valid after-sales term is calculated based on the delivery days and confirmation of receipt of products.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpid3110 for more details thereof.

(9) Worry-free compensation policies

You should understand the related rules for all the businesses and services provided by AllChinaBuy, fully understand and confirm all Your rights and obligations hereunder before using the services hereunder.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpid3059 for more details thereof.

(10) Compensation disclaimer

(i) AllChinaBuy is dedicated to providing worry-free international online shopping services for You. For the smooth arrival of the products purchased by You, we may make appropriate handling for the products already delivered to the warehouse. You're kindly reminded that You should make prudent purchase as certain merchants on Taobao may conduct illegal commercial activities. You are deemed to agree and perform the subsequent operations under special conditions as follows, or You may verify any doubts (if any) with the customer service staff upon the submission of order.

a) Sensitive commodity:
For the smooth delivery of Your parcel, the sensitive commodities containing essential oil, care solution, lubricant, battery and glue may be taken out by us.

b) Customs policy:
The counterfeit commodities, commodities containing with plenty of liquid or powder, or equipped with battery, or food or drugs may have certain delivery risks due to customs policies. AllChinaBuy shall not be liable for the customs clearance and any legal liabilities related thereto in case of any consequences arising out of the said risks.

c) Professional inspection unavailable
We may not provide professional inspection (in terms of quality, authenticity and completeness) for Your certain commodities such as electric appliance, counterfeit commodities, tickets, cards and models, in this regard, our inspectors may only inspect whether the appearance is intact and the accessories are complete or not as we can't open the commodities to check the quality thereof.

d) Fragile commodities
As the commodities such as ceramics or glass commodities and the commodities in irregular forms (windscreen wiper and shock absorber) may be worn or broken during the several transportations, we suggest that You should purchase them prudently. We may warrant that such commodities are complete before shipment., Since fragile items are prone to damage during transport, we recommend that you purchase the corresponding value-added services on our platform to prevent damage in transit. For example, if you have already purchased AllChinaBuy's value-added services for fragile items, any losses will be compensated by AllChinaBuy per the compensation rules.

e) Custom-made commodities
You're suggested to directly negotiate with the merchants in case what You order are custom-made commodities. You may purchase such commodities based on Your ideas and originality. You shall provide us with the ways of contact with the merchants after successful negotiation. As we may not provide professional inspection for such commodities, any losses and liabilities incurred therefrom shall be solely borne by You.

f) Order with deposit
As it's set forth by the sellers on Taobao that the orders with deposits shall not be cancelled and the buyers thereof shall voluntarily follow up the information issued by the sellers to pay off the balance, only after that the commodities may be delivered. The deposits may not be refunded in case the payment for balance is overdue.

g) Sellers with poor reputation
We suggest that You select the Taobao shops with more than three hearts (The more hearts, the better reputation) and pay Taobao deposits to purchase commodities as the sellers with poor reputation and not paying the Taobao deposits may not deliver the commodities, or may deliver false commodities or have disputes on after-sales issue and warranty, and any losses and liabilities incurred therefrom shall be solely borne by You.

h) CD-like commodities and figures
As CD-like commodities and figures have high collection values, and such commodities may not be inspected by opening the plastic packaging bags thereof, and hence we only inspect whether the appearance is intact and undamaged or not while the internal situation may not be inspected, all the risks and liabilities incurred therefrom shall be solely borne by You.

It shall constitute that you have read and accepted the terms mentioned above if there is any such risk as provided in the preceding paragraph. Please read such terms carefully and AllChinaBuy reserves the right of final interpretation for such terms.

(ii) We shall not be held liable for any loss, shortage, damage or delay of mails occurred during the delivery process for any cause not attributable to us or for any indirect losses or unrealized benefits if
a) the same is caused due to the occurrence of any force majeure event (except for insured mail);
b) the commodities mailed violate the restriction or limitation provisions and have been confiscated or otherwise disposed by the competent authorities in accordance with the applicable rules;
c) the receipt note is signed by recipient under the normal procedures;
d) the loss or delay of mail is due to any causes attributable to user or the commodities contained therein;
e) the user fails to make inquiry and claim during the period commencing from the date on which such mail is delivered to the expiration date of such inquiry; or
f) the international mail is detained, confiscated or destroyed by the competent authorities of country to which such mail is delivered in accordance with its national laws;

(iii) Instructions for Banned Items

a) The items which are banned from mailing include
(i) the commodities that are prohibited from being circulated or sent by the applicable national laws and regulations;
(ii) the explosive, flammable, corrosive, radioactive and toxic dangerous commodities;
(iii) the reactionary newspapers, books, windows or obscene commodities;
(iv) various currencies;
(v) such items which may impair public health;
(vi) the perishable items;
(vii) any live animals (excluding bees, silkworms, and leeches for which their packages may ensure the security of delivery and safety of workers);
(viii) such items that are not properly packaged and may endanger personal safety, or may pollute or damage mails or other mail devices; and
(ix) all other items not suitable for mailing conditions.

b) The items which are banned from mailing in accordance with the mailing practices
(i) those, based on their natures or packages, may or are suspected to injure postal service personnel or harm mail or postal equipment;
(ii) the items sealed by metal buttons with sharp edges which may hinder mail handling equipment;
(iii) all kinds of firearms, ammunition, explosives, flammable commodities, corrosive commodities, radioactive elements and containers, potent poisons, narcotic drugs, biochemical products and infectious commodities;
(iv) various kinds of publications, publicity materials, printed materials, etc. which may endanger social security & stability.






or are obscene;
(v) all kinds of items which may endanger public health;
(vi) such documents or commodities that are prohibited from entering or circulating by the other party;
(vii) any other items banned by the rules of competent customs authorities in addition to those mentioned above.

c) The items which are banded from mailing in accordance with Taiwan mailing regulations
(i) those, based on their natures or packages, may or are suspected to injure postal service personnel or harm mail or postal equipment;
(ii) the items sealed by metal buttons with sharp edges which may hinder mail handling equipment;
(iii) the flammable, explosive or other dangerous commodities other than such brittle biological materials packaged and sent from one registered entity to another registered entity and are licensed by the competent authorities;
(iv) the live animals except bees, silkworms, leeches or parasites sent from one registered entity to another registered entity, or insects used to eliminate pests;
(v) the radioactive items;
(vi) the opium, morphine and other anesthetic items other than those shipping documents have been issued by the competent authorities or evidenced by the competent judicial authorities or police agencies to be used for evidence purpose and have been insured or declared for their values, or have been insured and used for medicine or scientific research with the permit issued by the competent authorities;
(vii) the obscene or indecent documents or items other than those evidenced by the competent judicial authorities or police agencies to be used for evidence purpose and have been delivered through registered mail or parcel;
(viii) the documents or items that are prohibited from entering by the competent authorities of country to which such mail is delivered;
(ix) the documents or items that are forbidden to be sold or manufactured by the competent authorities in Taiwan other than those evidenced by the competent judicial authorities or police agencies to be used for evidence purpose and have been delivered through registered mail or parcel;
(x) lottery tickets and flyers thereof other than those evidenced by the competent judicial authorities or police agencies to be used for evidence purpose and have been delivered through registered mail or parcel; or
(xi) such contraband products prescribed by other laws and regulations.

## 2. Service Rules of AllChinaBuy Selected

AllChinaBuy Selected – a comprehensive shopping platform provides to its users with a vast array of premium local and international brands that are carefully selected so that you may purchase commodities comfortably.

You can consolidate the products from AllChinaBuy Selected and the shopping agent service into one parcel to save on international shipping. The purchase service and shipping service are the services conducted in 2 phases, and therefore, the payment for them shall be made separately. Special return & refund policies and worry-free compensation policies have been made for Selected Commodities.

## 3. 1688 Shopping Agent Service Rules

The Shopping Agent Service hereunder is provided by AllChinaBuy to assist you in purchasing your designated products from 1688 sellers. AllChinaBuy does not guarantee the quality of 1688 products and does not provide accurate inventory service, and only provides limited sampling services and limited after-sales services. Please carefully select the commodities and take full responsibility for Your own risks. If you need a guaranteed purchase, You can use AllChinaBuy's expert sourcing services.
Please read carefully at https://www.allchinabuy.com/en/page/help/#search_helpid3048 for details thereof.

### III. Descriptions of International Logistics Restrictions

The commodities purchased in China must be those in conformity with the laws and regulations of the People's Republic of China ("PRC") and are permitted for export. You shall understand and acknowledge that based on the different customs policies of various countries, some countries or regions are more sensitive to special commodities and the probability of being confiscated for such commodities, when entering local customs, is slightly greater.

Customs inspections of parcels are basically in the form of spot checks. If the customs thinks that your parcel is special (for example, large in size, too heavy in weight, or containing sensitive commodities, etc.), customs will voluntarily contact the recipient for invoice or customs clearance documents.

**Please read carefully at:**
1. https://www.allchinabuy.com/en/page/help/#search_helpid2055 (Restrictions on Entry and Exit Items of the PRC);
2. https://www.allchinabuy.com/en/page/help/#p141_142_helpid2037 (Scope of Commodities under Shopping Agent);
3. https://www.allchinabuy.com/en/page/help/#p5_20_helpid2028 (Inspection of Commodities under Shopping Agent);
4. https://www.allchinabuy.com/en/page/help/#search_helpid3096 (Customs Inspection).

### IV. Limitation of Liability and Waiver

Please read carefully:
[AllChinaBuy's After-sale Compensation Standards for All Products]
[AllChinaBuy's After-sale Compensation Standards for International Logistics]

### V. Agreement Update and the Obligations of Users to Care

1. With the development of AllChinaBuy business, this Privacy Policy may be updated from time to time to provide you with better services; provided, however, we may not reduce your rights thereunder without your express consent. We will issue updated versions on the AllChinaBuy website and mobile terminal, and notify you for the updates of related content through website announcements or other appropriate means prior to the effectiveness thereof. Please visit AllChinaBuy to keep up-to-date with the latest Privacy Policy.

2. We shall provide prominent notice for any major changes thereof (for this purpose, we will explain specific changes to our Privacy Policy by including but not limited to emails, text messages, or special tips on the browsing page).
The "Major Changes" referred herein include but not limited to
(1) significant change in our service model, for example, the purpose of processing personal information, the types of personal information handled, the way of using personal information, etc.;
(2) significant changes of our ownership structure, organizational structure or other respects, such as the change of owner due to business adjustment or bankruptcy mergers etc.;
(3) changes in the main objects of personal information sharing, transfer or public disclosure;
(4) significant changes of your rights to participate in the processing of personal information and the manner for the exercise of such rights;
(5) changes of department which is responsible for handling personal information security and its contact information or complaints channel; or
(6) the existence of high risks as reflected in the personal information security impact assessment report.

3. We will also archive the old version of this document for your reference.

### Legal Statement and Privacy Policy

AllChinaBuy attaches great importance to user privacy and personal information protection. When You use our products or services, we may also collect and use Your related information. In this Privacy Policy, we are intended to explain how we collect, use, save, share and transfer Your information when our products or services, at Your request, are provided to You, and how we provide You with access, update, deletion and protection of this information.

Please read carefully at https://www.allchinabuy.com/en/page/help/#p8_42_helpid3162 for details thereof.

| CUSTOMER SERVICE | SHOPPING AGENT GUIDANCE | PAYMENT | DELIVERY | AFTER SALES SERVICE |
|---|---|---|---|---|
| Help Center | Tutorial | Top up | Charges | Storage |
| Contact Us | Service & Fees | International Credit Card | Mail Restrictions | Inspection Information |
| | Order Status | Telegraphic transfer | Customs and Taxation | After Sales Policy |
| | Returns and Refunds | | Receipt Information | Insurance and Compensation |

We support several kinds of credit and debit cards for top up. Know more >

Service Email: care@allchinabuy.com
Market Cooperation: marketing@allchinabuy.com
Business Cooperation: business@allchinabuy.com

Terms of Service | Privacy Policy | Help Center
Copyright@allchinabuy.com All Rights Reserved