# EXHIBIT B

# Exhibit B: Screenshots of Two Videos published on Youtube Channel @Jei


Search
Create
0:20 / 28:15
In this video


10 DAY INSANE CHINA TRIP (Hangzhou, Huizhou, Sanya, Hong Kong and Beijing!)
Jei
4.23K subscribers
Subscribe
167
Share
Save
Clip
Download
2,747 views Aug 4, 2025
Finally... after over two months since I've been there we FINALLY have this video up for you guys, super happy with how it came out despite the fact this trip was a lot slower and "less exciting" than the November trip was.
That being said I tried to record clips with my face and whatnot when we were around this time and I hope that came out well. If you guys have any feedback please lmk!
Next week... another haul unboxing!
All the links here!
https://linktr.ee/jeidrips
All my videos are for educational and entertainment purposes only
Music
9 songs
poster boy
More Than Ever
Heavy On My Heart
Timeless
EVIL JORDAN
hakuna matata
Location
NUMBER 2
Music
Transcript
Follow along using the transcript.
Show transcript
Jei
4.23K subscribers
Videos
About
Show less
42 Comments
Sort by
Add a comment...
@mitko8260 6 months ago
w2c blue hair girl
47 Reply
@yvescred 6 months ago
sick meeting you bro. ACBUY THE BEST AGENT!
11 Reply
1 reply
@BYEç 6 months ago (edited)
me when jei uploads
9 Reply
@devrajbitra7676 6 months ago
flying to the motherland is crazy
2 Reply
@eroon11 6 months ago
jei.. did u?
All
From Jei
Tourist destinations
INSANE WINTER 60KG TAOBAO ACBUY PICK UPS + TRY ONS ...
Jei
8.9K views · 2 months ago
MORE OF THE BEST ACBUY AND TAOBAO SELLERS
Jei
4.3K views · 1 month ago
$10,000 ACBuy Giveaway + I'M BACK
Jei
3.6K views · 8 months ago
HOW TO FIND ITEMS ON ACBUY? (Sneakers, Jeans, An...
Jei
4.3K views · 5 months ago
10 GOATED TAOBAO/ACBUY SELLERS
Jei
10K views · 4 months ago
THE BEST ACBUY TUTORIAL (Finding items, Shipping lines, ...
Jei
52K views · 8 months ago
RECREATING CELEBRITY FITS WITH TAOBAO/REPS
Jei
4.6K views · 3 months ago
THE BEST ACBUY SHIPPING LINES FOR EVERY COUNTRY
Jei
1.4K views · 4 weeks ago
BIGGEST ACBUY MISTAKES EVERYONE MAKES (SEIZED?)
Jei
5K views · 4 months ago
SHOWCASING MY BEST TAOBAO/ACBUY SHOES
Jei
4.4K views · 1 month ago
THE BEST TAOBAO FINDS WEBSITE IS HERE...
Jei
4.6K views · 1 month ago
EXPOSING THE ACBUY WAREHOUSE (INSANE IN REA...
Jei
4.4K views · 7 months ago
40KG OF RECENT ACBUY PICK UPS + Try Ons (Accessories, ...
Jei
9.9K views · 4 months ago
MASSIVE 40KG ACBUY HAUL UNBOXING (40+ items)
Jei
18K views · 5 months ago
MY CRAZIEST TAOBAO/ACBUY JACKETS I'VE BOUGHT
Jei
4.8K views · 3 months ago
RATING YOUR INSANE ACBUY HAULS (BEST GETS $100)
Jei
3.4K views · 3 weeks ago


Translate to Chinese (China)
Reply
@StiflersDad 6 months ago
Looks like a lovely trip you have had, i hope you enjoyed. DAD APPROVES!
Reply
@nurharttt 6 months ago
Thank you for the video i am planning on going to china in two weeks and don't know which city to visit I assumed I would just stay in a city or two but found out the public transport is so convenient like the bullet train so I figured out I can visit far more cities
Reply
1 reply
@h1storically 6 months ago (edited)
0:17 didn't know bro liked 2hollis
Reply
@Jinchunki-fn3we 6 months ago
live love laugh lucki
Reply
@yyrln 6 months ago
i was just in japan and i can agree the humidity is a whole different thing over in asia
Reply
@survsss 5 months ago
fix teh blur at 7:40 gangy
Reply
@Ludo_vid 6 months ago
Jei has rizzzz!!!????
Translate to Chinese (China)
Reply
@luke4478 6 months ago
Is the rimova rep or real ? if rep do you have a link
Reply
@silk_keys479 6 months ago
damn jei spittin game in china now
Reply
1 reply
@cf_43 6 months ago
acb goated
Reply
@Rachelqiu-1989 6 months ago
Welcome to China, have fun
Reply
1 reply
@Hakman1 6 months ago
im ready
Reply
@Zeifro 6 months ago
FIRST W JEI W ACBYU
Reply
@reggie419 6 months ago
Massive W upload
Reply
@luke4478 6 months ago
True adam
Reply
@MercuryX9 5 months ago
Top top
Reply
@aussieasianspopblog 5 months ago
Was that cocaine bag full omg day 3
Reply
1 reply
@nuki5511 6 months ago
nice
Reply
@xov6 6 months ago
阳光普照，草木生长，风儿在你耳边轻轻歌唱。
CRAZY WINTER 60KG TAOBAO ACBUY PICK UPS + TRY ONS ...
Jei
5.5K views · 2 months ago
14:13
30KG ACBUY MYSTERY HAUL UNBOXING (+ ON BODY)
Jei
14K views · 6 months ago
30:39
THE BEST TAOBAO/ACBUY HOODIES
Jei
4.2K views · 3 months ago
best rep hood
9:20
10+ GOATED CHINESE TAOBAO CLOTHING BRANDS
Jei
8K views · 2 months ago
best independent
11:02
30KG ACBUY UNBOXING WITH CRAZY WINTER FINDS! ...
Jei
5K views · 4 days ago
30KG BUDGET WINTER FINDS
22:03




10+ GOATED CHINESE TAOBAO CLOTHING BRANDS
Jei
4.23K subscribers
Subscribe
296
Share
Save
Clip
Download
8,089 views Nov 2, 2025
A lot of you have been asking for a list like this so here you go! Some of the best and highest quality independent Chinese brands for those that want to dress well, cheap and without logomania 101.
I hope you enjoyed :) all of the sellers are down below!
All the links here!
https://linktr.ee/jeidrips
All my videos are for educational and entertainment purposes only
Jei reviews ten Taobao clothing brands, showcasing diverse styles and price points. From basic staples to high-end pieces and experimental designs, each brand offers a unique aesthetic. A...
Summary
How this was made
Auto-dubbed
Audio tracks for some languages were automatically generated. Learn more
Transcript
Follow along using the transcript.
Show transcript
Jei
4.23K subscribers
Videos
About
Show less
36 Comments
Sort by
Add a comment...
@nihalius2388 3 months ago
Those prices got h&m looking like a bargain
22
Reply
3 replies
@iswearimopim 3 months ago
i NEEDED this video
3
Reply
@its_teddy5619 3 months ago
Great Delivery my guy this is just what was needed. Looking forward to more clips
2
Reply
1 reply
@dakarko00 3 months ago
Jei, do you know then there will be mertra x umbro or adidas x thug colaboration reps please
Reply
@lnvero_YT 3 months ago
haha early
1
Reply
@StiflersDad 3 months ago
Amazing finds, as always top notch. DAD APPROVES!
3
Reply
1 reply
@balazs3218 3 months ago
All
From the series
From Jei
Streetwear
SHOWCASING MY BEST TAOBAO/ACBUY SHOES
Jei
4.4K views · 1 month ago
CRAZY WINTER 60KG TAOBAO ACBUY PICK UPS + TRY ONS ...
Jei
5.5K views · 2 months ago
INSANE WINTER 60KG TAOBAO ACBUY PICK UPS + TRY ONS ...
Jei
8.9K views · 2 months ago
THE BEST TAOBAO/ACBUY HOODIES
Jei
4.2K views · 3 months ago
RECREATING CELEBRITY FITS WITH TAOBAO/REPS
Jei
4.6K views · 3 months ago
MY CRAZIEST TAOBAO/ACBUY JACKETS I'VE BOUGHT
Jei
4.8K views · 3 months ago



Reply
@tristanruedas862 2 months ago
whats the best agent to not get scammed🙏🙏🙏🙏🙏
Reply
@MontheoneK2 3 months ago
Goated
Reply
@collinmcpherson977
Is there a good seller for nice vintage pieces was looking for like vintage Oakley and couldn't find any surfwear stuff like that
Reply
@Luke-pp7rm 3 months ago
Love this, its similar to "zara" store finds. Would love to find some sellers whose whole page are "zara" items
Reply
• 3 replies
@ahmedsaed7197
Question which store has the best baggy jeans, like bareline style.
Reply
• 1 reply
@ssd7922 3 months ago
Hi Jei love your content!! Do you have any similar sellers on your ss or you know of for ladies wear please? Styles like the Roya seller but for women.
Reply
• 2 replies
@luca_rimauro
love the video Jei. how can I see the seller's page? taobao doesn't work in my country :/
Reply
• 1 reply
@theoh99
WTF are these prices hahaha
Reply
• 1 reply
@Gato-Erran
Public Housing Skate Team is a scam
Reply