USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RVRG HOLDINGS LLC,<br><br>                    Plaintiff,<br><br>        - against -<br><br>HANGZHOU TAOHAOWU TECHNOLOGY CO et al.,<br><br>                    Defendants. | **24-CV-8336 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

On July 25, 2025, the Court granted the parties' request to delay submission of a case management plan until after the Court's determination of Defendants' Motion to Dissolve. (Dkt. No. 39.) On March 11, 2026, the Court granted Defendants' Motion to Dissolve. (Dkt. No. 68.)

Accordingly, the parties are hereby directed to submit a case management plan in accordance with the Court's previous order (Dkt. No. 32) no later than April 29, 2026.

**SO ORDERED.**

Dated:    8 April 2026
          New York, New York

_____
       Victor Marrero
       U.S.D.J.